IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICIA HAIR, | : |
| Plaintiff, | : |
| v. | : |
| LAZEGA & JOHANSON LLC, | : CIVIL ACTION NO. |
| | : 1:13-CV-1762-AT |
| Defendant. | : |

### **ORDER**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 26]. The Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment [Doc. 20] be denied and that Defendant's Motion for Summary Judgment [Doc. 21] be granted in part and denied in part.

No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and Recommendation, the Court **DENIES** Plaintiff's Motion for Summary Judgment

[Doc. 20] and **GRANTS IN PART** and **DENIES IN PART** Defendant's Motion for Summary Judgment [Doc. 21].

Plaintiff's claims under 15 U.S.C. §§ 1692d, 1692e(2)(A), 1692e(10), 1692f, her claims for actual damages, her claim under the Georgia Fair Business Practices Act ("GFBPA"), O.C.G.A. § 10-1-390, et seq., and all claims against fictitious Doe Defendants are **DISMISSED**. The Clerk is **DIRECTED** to drop the Doe Defendants as parties to this action. Plaintiff's claims under 15 U.S.C. §§ 1692c(c), 1692g(b), and 1692i(a)(2) may proceed.

This case be **REFERRED** to the next available Magistrate Judge (other than Judge Baverman) for mediation. Mediation **SHALL** be completed within 45 days of the entry date of this Order. In the event the mediation proves unsuccessful and does not resolve the case, the proposed consolidated pretrial order **SHALL** be submitted within 20 days of the completion of the mediation.

**IT IS SO ORDERED** this 6th day of August, 2014.

_____
**Amy Totenberg**
**United States District Judge**